# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **BILLI ANNE RAINING BIRD MORSETTE,** <br><br> Defendant. | CR 15-61-GF-BMM <br><br><br> ORDER |

Upon unopposed motion of the United States and for good cause shown,

IT IS ORDERED that Counts I, II, IX, X and XII of the indictment against Billi Anne Raining Bird Morsette in this matter are DISMISSED.

DATED this 24th day of March, 2016.

_____
Brian Morris
United States District Court Judge

1